PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
00-567-01 and 04-363-01

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Marc Collins Rector <br> 1762 Wagon Wheel Drive <br> Boca Raton, FL 33431 | New Jersey | |

**RECEIVED**

FEB 7 2005

AT 8:30 _____ M

WILLIAM T. WALSH
CLERK

NAME OF SENTENCING JUDGE

Mary L. Cooper

| DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 10/06/04 | TO 10/05/07 |
|---|---|---|

OFFENSE

Transportation of a Minor with Intent to Engage in Sexual Activities (00-567-01) and Travel in Interstate Commerce with Intent to Engage in Sexual Activities with a Minor (04-363-01)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE New Jersey

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_11-29-04_
Date

_Mary L. Cooper_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_1/12/05_
Effective Date

_____
United States District Judge